IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JOSEPH RUBEN CLENDENING**                                                              **PLAINTIFF**

**V.**                            **CASE NO. 3:21-CV-3079**

**JAILER JORDON R. WRIGHT,**
Boone County Detention Center;
**JAIL ADMINISTRATOR JASON DAY,**
Boone County Detention Center                                                             **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on December 3, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, all claims against separate Defendant Day are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).  The Clerk is directed to terminate Mr. Day as a party. The case will proceed against separate Defendant Wright.

**IT IS SO ORDERED** on this 22nd day of December, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE